UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID WIERMAN AND WIFE ROXANE WIERMAN, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| VS. | ) ) ) | CIVIL ACTION NO. |
| PRESTIGE DEFAULT SERVICES, U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF BUNGALOW SERIES III TRUST, AND SN SERVICING CORPORATION, | ) ) ) ) ) ) | 3:21-CV-1330-G-BH |
| Defendants. | ) ) | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the court.

Defendants' Motion to Dismiss Baseless Claims Pursuant to Rule Fed. R. Civ. P. 12(b)(6), filed June 10, 2021 (docket entry 5) is **GRANTED**. By separate judgment, the plaintiffs' claims against the defendants will be **DISMISSED** with prejudice for failure to state a claim.

**SO ORDERED.**

December 27, 2021.

_____
A. JOE FISH
Senior United States District Judge